IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2019 JUN 10 A 11: 10
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Montavious K. Askew-AIS#274336**

Full name and prison number of plaintiffs(s)

v.

CIVIL ACTION NO. 2:19-cv-398-MHT-WC
(To be supplied by Clerk of U.S. District Court)

**Timothy Isaac, et. al.,**

Name of person(s) who violated your constitutional rights. (List the names of all the persons.)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (**XX** )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (**XX** )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:
Plaintiff(s) **N/A**

Defendant(s) **N/A**

2. Court (if federal court, name the district? if state court, name the county) **N/A**

3. Docket number **N/A**

4. Name of judge to whom case was assigned **N/A**

5. Disposition (for examples Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

6. Approximate date of filing lawsuit **N/A**

7. Approximate date of disposition **N/A**

II. PLACE OF PRESENT CONFINEMENT **Holman Correctional Facility Holma 3700 Atmore, Al. 36503**

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED **Easterling Correct-ional facility Clio, Al. 36017**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | **Warden** | **200 Wallace Dr.Clio, Al36017** |
| 2. | **Timothy Isaac** | **200 Wallace Dr. Clio, Al. 36017** |
| 3. | **Kelvin Key** | **200 Wallace Dr. Clio, Al. 36017** |
| 4. | **Capt. Danzey** | **200 Wallace Dr. Clio, Al. 36017** |
| 5. | **Lt. Thompkins** | **200 Wallace Dr. Clio, Al. 36017** |
| | **Nurse Shivers** | **200 Wallace Dr. Clio, Al. 36017** |
| 6. | **Nurse Scott** | **200 Wallace Dr. Clio, Al. 36017** |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **June 29, 2017**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR-ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Plaintiff's rights guaranteed by the Eighth Amendmet to the United States Costitution, which prohibits cruel and unusual punishment and the excessive use of force was violated by the Defendants.**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

**See Attachment**

GROUND TWO: **Plaintiff's rights guaranteed by the eighth Amedment to the Uited States Costitution to medical care was violated by the defedants when they were deliberate indifferent to plaintiff medical needs and in denying plaiitiff medical treatment.**

SUPPORTING FACTS:

**See Attachment**

GROUND THREE: **Plaitiff's rights guaranteed by the eighth and fourth-eenth Amendmets were violated when the Defendants fail to pro-tect plaintiff and properly train employees.**

SUPPORTING FACTS:

**See Attachment**

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

**44 Plaintiff seeks compensatory & punitive damages in the amount of $250,000.00 against each defendant found to have violated my rights;**

**Plaintiff seeks a trial by jury; Injunctive relief; pendent jurisdictio over State Law Assault & Battery claims, and Appointment of Counsel.**

X [signature]
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 4, 2019.
(Date)

X [signature]
Signature of plaintiff(s)

Montavious Kentrell Askew
AIS# 274336 - C1
Holman Unit 3700
Atmore, Al.
36503-3700



This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication.

Office of the Clerk
United States District Court
Middle District of Alabama
B110 Frank M. Johnson Jr.
U.S. Courthouse Complex
One Church Street
Montgomery, Al.
36101