IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MONTAVIOUS K. ASKEW,      )<br>                          )<br>    Plaintiff,          )<br>                          )<br>    v.                    )<br>                          )<br>TIMOTHY ISAAC, et al.,    )<br>                          )<br>    Defendants.           ) | CIVIL ACTION NO.<br>  2:19cv398-MHT<br>        (WO) |

**JUDGMENT**

Upon consideration of plaintiff's motions to drop defendant Nurse Scott (doc. no. 52) and defendant Sanundra Shiver (doc. no. 53) from this lawsuit, which the court construes as motions for voluntary dismissal of all claims against said defendants, it is ORDERED that:

(1) The motions are granted.

(2) All claims against defendants Nurse Scott and Sanundra Shiver are dismissed without prejudice, with no costs taxed.

(3) Defendants Nurse Scott and Sanundra Shiver are terminated as parties to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 5th day of May, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE