IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MONTAVIOUS K. ASKEW,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | CIVIL ACTION NO. |
| v.     ) | 2:19cv398-MHT |
| ) | (WO) |
| TIMOTHY ISSAC*, et al.,     ) | |
| ) | |
| Defendants.     ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit bringing claims of excessive force, failure to intervene, failure to protect from harm, and deliberate indifference to serious medical needs. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted in part and denied in part. Also before the court is a document filed by plaintiff called "Motion of Responses and Argument to Defendants

---

* The clerk of court will be directed to amend the docket to reflect the correct spelling of defendant Issac's name, as shown in his affidavit (Doc. 33-7).

Claim" (Doc. 71), which the court will treat as plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of August, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**