IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MONTAVIOUS K. ASKEW,       )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )      2:19cv398-MHT
                           )          (WO)
TIMOTHY ISSAC, et al.,     )
                           )
    Defendants.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Plaintiff Montavious K. Askew's "Motion of Responses ..." (Doc. 71) is treated as an objection and said objection (Doc. 71) is overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 68) is adopted.

(3) Defendants' motion for summary judgment (Doc. 33) is granted in part and denied in part as follows:

   (a) Summary judgment is granted to defendants on plaintiff Askew's stand-alone Fourteenth Amendment

claim, to the extent plaintiff Askew raised one. (To the extent plaintiff Askew raised the Fourteenth Amendment as a vehicle through which the Eighth Amendment applies to the defendants, summary judgment is denied.)

(b) Summary judgment is granted to defendants on plaintiff Askew's Eighth Amendment failure-to-intervene and failure-to-protect claims.

(c) Summary judgment is granted to defendants on plaintiff Askew's supervisory-liability claims.

(d) Summary judgment is denied on plaintiff Askew's Eighth Amendment excessive-force claim against defendant Timothy Issac.

(e) Summary judgment is denied on plaintiff Askew's Eighth Amendment medical deliberate-indifference claim against defendants Issac and Kelvin Key.

(f) Summary judgment is denied on plaintiff Askew's state claim of assault and battery against defendant Issac.

(4) Judgment is entered in favor of defendants and against plaintiff Askew on the stand-alone Fourteenth Amendment claim, the failure-to-intervene claim, the failure-to-protect claims, and the supervisory-liability claims, with plaintiff Askew taking nothing by his complaint on those claims. Defendants Myers, Danzey, and Thompkins are terminated as parties.

(5) The following claims will proceed: plaintiff Askew's Eighth Amendment excessive-force claim against defendant Issac; plaintiff Askew's Eighth Amendment medical deliberate-indifference claim against defendants Issac and Key; and plaintiff Askew's state claim of assault and battery against defendant Issac. These claims will be set for jury trial.

The clerk of court is DIRECTED to amend the docket to reflect the correct spelling of defendant Issac's name, as shown in his affidavit (Doc. 33-7). The court and the parties will use this correct spelling from now on.

**The clerk of the court is also DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 24th day of August, 2022.**

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**