IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONTAVIOUS K. ASKEW, <br> AIS #274336, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY ISAAC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: <br> ) 2:19-CV-398-MHT-KFP <br> ) <br> ) <br> ) <br> ) <br> ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Defendants in this case, by and through the Attorney General for the State of Alabama, and the Plaintiff's counsel, Jonathan K. Corley, respectfully submit this Joint Stipulation of Dismissal with Prejudice, representing that this matter has been fully resolved pursuant to the terms set forth in the Full and Final Settlement Agreement and Release, which has been signed by the parties. The parties therefore seek a Court Order dismissing this case with prejudice.

Respectfully submitted on January 12, 2023.

/s/ J. Matt Bledsoe
J. Matt Bledsoe
Assistant Attorney General
Counsel for the Defendants
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152
334-242-7300 (T)
Matt.Bledsoe@AlabamaAG.gov

/s/ Jonathan K. Corley*
Jonathan K. Corley
Counsel for the Plaintiff
Whittelsey & Corley, LLC
Post Office Box 106
Opelika, Alabama 36803-0106
(334) 745-7766 (T)
jcorley@wwp-law.com

*WITH PERMISSION