IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MONTAVIOUS K. ASKEW,       )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )      2:19cv398-MHT
                           )          (WO)
TIMOTHY ISSAC, et al.,     )
                           )
    Defendants.            )
```

ORDER

In light of the filing of the stipulation of dismissal (Doc. 82), it is ORDERED that the clerk of court shall administratively reopen this case.

DONE, this the 17th day of January, 2023.

                                    /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE